■ In the Matter of the Estate of FRANCIS D. WARING, Deceased. ROBERT T. WARING, Respondent; NASSAU COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant. — Decree of the Surrogate's Court, Nassau County (Radigan, S.), dated March 22, 1982, affirmed, insofar as appealed from, without costs or disbursements. (See *Matter of Harris,* 88 Misc 2d 60, affd 61 AD2d 881.) Mangano, J. P., Gibbons, Gulotta and Thompson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PABLO ALVAREZ, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Marano, J.), rendered November 20, 1979, convicting him of criminal sale of a controlled substance in the second degree, upon his plea of guilty, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues which could be raised on this appeal. Counsel's application to withdraw as counsel is granted (see *Anders v California,* 386 US 738; *People v Gonzalez,* 47 NY2d 606; *People v Paige,* 54 AD2d 631). Gibbons, J. P., Weinstein, Thompson and Rubin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFRED FEAL, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Westchester County (Rubin, J.), rendered September 19, 1980, convicting him of absconding from temporary release in the first degree, on a plea of guilty, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with appellant's assigned counsel that there are no meritorious grounds which could be raised on this appeal. Counsel is relieved of his assignment (see *Anders v California,* 386 US 738; *People v Pearson,* 62 AD2d 1043; *People v Foster,* 58 AD2d 814; cf. *People v Gonzalez,* 47 NY2d 606). O'Connor, J. P., Bracken, Niehoff and Boyers, JJ., concur.